SAMPSON TKACZYK ET AL. *v.* HERMAN LEVINE, ADMINISTRATOR (ESTATE OF OLGA GALLAGHER), ET AL.

The motion by the plaintiffs, dated July 29, 1966, entitled "Motion Concerning Stay" in the appeal from the Superior Court in New Haven County is dismissed for lack of jurisdiction.

*Sampson Tkaczyk* and *Evelyn Tkaczyk,* pro se, on the motion.

Submitted August 1—decided December 14, 1966

SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the plaintiffs, dated August 9, 1966, entitled "Motion Concerning Stay" in the appeal from the Superior Court in New Haven County is dismissed for lack of jurisdiction.

*Sampson Tkaczyk, Evelyn Tkaczyk* and *Julia Cravens,* pro se, in support of the motion.

Submitted August 15—decided December 14, 1966

STATE OF CONNECTICUT *v.* FRANCES MATTIELLO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Robert N. Grosby,* in support of the petition.

*George F. Carroll, Jr.,* prosecuting attorney, in opposition.

Submitted December 12—decided December 21, 1966